RUSHING *v.* SCOTTISH AMERICAN MORTGAGE COMPANY.

LUMPKIN, P. J.   This case is absolutely controlled by the decision rendered in *Williamson* v. *Orient Insurance Co.*, 100 *Ga.* 791.

> *Judgment affirmed.   All the Justices concurring.*

Argued February 2, — Decided March 3, 1898.

Equitable petition. Before Judge Felton. Houston superior court. April term, 1897.

*M. G. Bayne*, for plaintiff. *H. A. Mathews*, for defendant.